MAX MALINE, Suing on Behalf of Himself, etc., v. HARRIS MANDELBAUM and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

OSCAR L. RICHARD and Others v. THE CONNECTICUT ELECTRIC MANUFACTURING COMPANY.— Motion granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

ISIDORE SCHEINBERG and Others v. BEATRICE SCHEINBERG and MAX MONFRIED.— Motion granted, upon condition that defendant Beatrice Scheinberg within ten days from date of entry of order file an undertaking with sufficient surety, in the sum of $10,000, conditioned for the payment of any damages which the respondents may sustain by reason of the granting of said stay, and also upon condition that said defendant within said period file the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CHARLES W. CULKIN, as Sheriff, etc., and FRANKONIA, INC., v. DRAEGER SHIPPING COMPANY, INC.— Motion granted on condition that defendant file a bond conditioned for the payment of any damages sustained by plaintiffs by reason of the depreciation in value of the merchandise attached. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD R. NEWMAN v. OLD DOMINION DISTILLERS CORPORATION, a Foreign Corporation.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of A. KHEEL & SONS, INC., for an Order Directing ELTEX FABRICS CORPORATION and Another to Proceed with Arbitration.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SYLVIA FLEISCHER v. JULIUS FLEISCHER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS LOWENSTEIN v. RALPHINA LOWENSTEIN.— Motion denied. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

BERENICE L. BAUMANN v. C. LUDWIG BAUMANN and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

M. S. B. TRADING Co., INC., v. ARAPHOE REALTY CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CONSTANCE W. TERRY and Others v. MARX REALTY AND IMPROVEMENT CO., INC., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.